# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KATHLEEN PRACHT,

      Plaintiff,

v.                                                                  Case No:   6:24-cv-856-LHP

PROVIDENCE PASS MINISTRIES,
LLC, JENNIFER DEL-GIUDICE and
WILLIAM DEL-GIUDICE,

      Defendants

_____

## ORDER

This cause comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice Following December 9, 2024 Order.   Doc. No. 47.[1]   Based thereon, this action is **DISMISSED WITH PREJUDICE**, including all claims and

---

[1] The parties filed an initial stipulation of dismissal on December 6, 2024.   Doc. No. 45.   Because some of the claims in this case arise under the Fair Labor Standards Act ("FLSA"), the Court issued an Order on December 9, 2024 Order requiring the parties to either file a joint notice stating their intent to either: (1) dismiss this case with prejudice without a ruling on the enforceability of any settlement under *Lynn's Food Stores, Inc. v. United States ex rel. United States Department of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982); or (2) move for approval of their settlement.   Doc. No. 46.   The parties have elected the former option, rendering dismissal with prejudice, and without approval of the settlement, proper.   *Cf. Dees v. Hydradry, Inc.*, 706 F. Supp. 2d 1227, 1237 (M.D. Fla. 2010) ("[A]n employer undertakes the private resolution of an FLSA dispute at his peril.").

counterclaims, and the Clerk of Court is **DIRECTED** to close the file.   *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

      **DONE** and **ORDERED** in Orlando, Florida on December 11, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties